IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01846-RBJ-KLM

ASHLEY L. WOODMANSEE,

    Plaintiff,

v.

ACTION PUBLISHING, INC., a Colorado corporation,

    Defendant.

---

MINUTE ORDER RE: STIPULATED MOTION TO DISMISS [#17]

---

Entered by Judge R. Brooke Jackson

    The Stipulated Motion to Dismiss [#17] is granted. The court dismisses this matter with prejudice. The parties will bear their own attorney's fees and costs.

    DATED this 5th day of January, 2012.